August 6, 1983.

451 A.2d 8

Atlas, et al. v. Dalsimer's, Inc., Appellant.

Reargument Denied Oct. 22, 1982.

Argued March 30, 1982. Michael S. Silberman, for appellant; Edward Greer, for appellees.

Before WIEAND, McEWEN and POPOVICH, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Jerome Zaleski is affirmed.